

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-88,948-01

### IN RE RODERICK MARQUIS JOHNSON, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 983364 IN THE 179TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

**O R D E R**

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that in 2009, he filed an application for a writ of habeas corpus in the 179th District Court of Harris County and that his application has not been forwarded to this Court.

Respondent, the Judge of the 179th District Court of Harris County, shall file a response with this Court by having the District Clerk submit the record on such habeas corpus application. In the alternative, Respondent may resolve the issues set out in its order designating issues, if timely entered, and then have the District Clerk submit the record on such application. In either case, Respondent's answer shall be submitted within 30 days of the date of this order. This application for

leave to file a writ of mandamus will be held in abeyance until Respondent has submitted his response.

Filed: September 26, 2018
Do not publish